IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                  No. 18-40014-DDC _____

ROBERT D. CLEARWATER

        Defendant.

# INDICTMENT

The Grand Jury charges:

*Background*:

1.    The National Association of Government Employees Local 14-8 ( NAGE 14-8) is located within a Federal Enclave, more specifically the Colmery-O'Neil VA Medical Center (Medical Center), on Gage Boulevard, Topeka, Kansas. NAGE 14-8 represents approximately 68 employees at the Medical Center, who work in non-professional positions such as housekeeping, food service and program support systems. Members of NAGE are paid by the VA on a bi-weekly basis and every pay period $22 is deducted by the employer for their union dues. When an employee becomes a union member they turn in their payroll deduction authorization form to human resources. The authorization is then sent to the Vizn Payroll office located at the Leavenworth VA Medical Center, also within a Federal Enclave, where all dues deductions are withheld from employees' paychecks. The dues are sent directly to

NAGE national office by the Medical Center where the national's portion of the dues are withheld. The local's portion of the dues, $3 per member, is then sent by mail to the Medical Center by check made payable to "Local 14-008-NAGETopeka KS VA Hospital c/o Robert D. Clearwater."

2. From at least 2013 through 2016, the defendant Robert D. Clearwater was the president of NAGE 14-8, and had access to the union's bank accounts. Commencing in February of 2013 through October 2016, the defendant Robert D. Clearwater, as a systematic pattern of unauthorized withdrawals from the union's account, converted and embezzled $11,681 from local 14-8.

3. CLEARWATER'S general duties as president of NAGE 14-8, included, among other things, handling all finances of the union, maintaining financial records for the union, and filing annual financial statements with the United States Department of Labor, Office of Labor Management Standards (OLMS). The report prepared and submitted annually was done on a form LM-4 and was supposed to disclose total disbursements by the NAGE 18-4 and payments made to officers of the union. For the fiscal years ending December 31, 2013, and December 31, 2014, the defendant submitted material false and fraudulent reports to OLMS to conceal his embezzlements.

## COUNT 1
### (Embezzlement of Union Funds)

4. Paragraphs 1 through 3 are incorporated herein as though fully set forth.

5. From on or about February 2013 through October 2016, in the District of Kansas, within the special maritime and territorial jurisdiction of the United States, the defendant,

**ROBERT D. CLEARWATER**

did take and carry away, with intent to steal and purloin, personal property of a value exceeding $1,000, taken from the union funds of NAGE 14-8, in violation of Title 18, United States Code, Section 661.

### COUNTS 2 through 7
### (False Statement)

6. Paragraphs 1 through 5 are incorporated herein as though fully set forth.

7. On or about the dates set forth below, in the District of Kansas, and elsewhere the defendant

**ROBERT D. CLEARWATER**

did willfully, knowingly and unlawfully make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Department of Labor, Office of Labor Management Standards, a department or agency of the United States, by materially underreporting disbursement made to himself as president of his union, as follows:

| COUNT | DATE | REPORTED | ACTUAL |
|---|---|---|---|
| 2 | 12/31/2013 | Total Disbursements - $4,503 | $14,069.60 |
| 3 | 12/31/2013 | Payments to Officers - $2,700 | $13,050 |
| 4 | 12/31/2013 | Total Assets $8,859 | $0 |
| 5 | 12/31/2014 | Total Disbursements - $2,400 | $0 |
| 6 | 12/31/2014 | Payments to Officers – 2,400 | $2,184 |
| 7 | 12/31/2014 | Total Assets $8,625 | $0 |

8. Counts 2 through 7 constitute violations of Title 18, United States Code,

Section 1001.

                                        A TRUE BILL.

February 7, 2018                  s/ Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

s/Richard L. Hathaway, #07767 for
Stephen R. McAllister
United States Attorney
District of Kansas
444 SE Quincy, Room 290
Topeka, KS     66683
Phone:   (785) 295-2850
Fax: (785) 295-2853
rich.hathaway@usdoj.gov

[It is requested that trial be held in Topeka, Kansas]